**DENNIS M. BROMBERG - 89432**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for AMALIA MARTINEZ

# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | CV-F 04-6226 AWL DLB<br><br>STIPULATION AND ORDER TO EXTEND TIME |

The parties to the above-entitled case hereby agree by this stipulation to extend the briefing schedule in the above-entitled case by extending the due date for plaintiff's opening brief to from May 5, 2005 to June 6, 2005.

Plaintiff cannot meet the deadline for filing plaintiff's opening brief, and is therefore requesting the additional time in which to prepare the opening brief.

Dated: April 29, 2005      /s/ **Thomas V. Miles** for
DENNIS BROMBERG,
Attorney for Plaintiff, AMALIA MARTINEZ

Dated: April 29, 2005      /s/ **Kimberly A. Gaab**
KIMBERLY A. GAAB
Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   May 2, 2005**      /s/ **Dennis L. Beck**
3c0hj8                        UNITED STATES MAGISTRATE JUDGE

1