**DENNIS M. BROMBERG - 89432**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for AMALIA MARTINEZ

### IN THE UNITED STATES DISTRICT COURT FOR THE

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | CV-F 04-6226 AWL DLB<br><br>STIPULATION AND ORDER TO EXTEND TIME |

　　　　The parties to the above-entitled case hereby agree by this stipulation to extend the briefing schedule in the above-entitled case by extending the due date for plaintiff's opening brief to from June 6, 2005 to July 6, 2005.

　　　　Plaintiff cannot meet the deadline for filing plaintiff's opening brief, and is therefore requesting the additional time in which to prepare the opening brief.

Dated:　May 25, 2005　　　　　　　　　／s／ **Thomas V. Miles**
　　　　　　　　　　　　　　　　　　　DENNIS BROMBERG,
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff, AMALIA MARTINEZ

Dated:　May 25, 2005　　　　　　　　　／s／ **Kimberly A. Gaab**
　　　　　　　　　　　　　　　　　　　KIMBERLY A. GAAB
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:　May 26, 2005**　　　　　　　　　／s／ **Dennis L. Beck**
3c0hj8　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1