# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMALIA MARTINEZ, | ) | 1:04cv6226 AWI DLB |
| | ) | |
| Plaintiff, | ) | ORDER TO SHOW CAUSE WHY ACTION |
| | ) | SHOULD NOT BE DISMISSED |
| v. | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

On September 9, 2004, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. On the same day, the Court issued a Scheduling Order. The Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record which shall be deemed an answer to the complaint. The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within 35 days. Thereafter, if Defendant does not stipulate to remand, within 30 days of Defendant's response, Plaintiff must file and serve an opening brief.

On December 16, 2004, Defendant lodged the administrative record. The Court granted Plaintiff numerous extensions of time within which to file her opening brief. The last extension of time was granted on August 9, 2005, and allowed Plaintiff until September 6, 2005, to file her opening brief. Plaintiff has failed to file a brief.

1    Therefore, Plaintiff is ORDERED TO SHOW CAUSE, if any she has, why the action
2 should not be dismissed for failure to comply with the September 9, 2004, order.  Plaintiff is
3 ORDERED to file a written response to this Order to Show Cause within twenty (20) days of the
4 date of this Order.  If Plaintiff desires more time to file his brief, she should so state in her
5 response.
6    Failure to respond to this Order to Show Cause will result in dismissal of this action.
7    IT IS SO ORDERED.
8    **Dated:   November 29, 2005**                             **/s/ Dennis L. Beck**
   3b142a                                                              UNITED STATES MAGISTRATE JUDGE

2