# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA MARTINEZ, | 1:04cv6226 AWI DLB |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | (Document 21) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

On November 29, 2005, the Court issued an order to show cause why the instant action should not be dismissed. On December 19, 2005, Plaintiff responded to the order and requested that the action be dismissed with prejudice. Accordingly, the order to show cause is DISCHARGED.

IT IS SO ORDERED.

Dated: **December 20, 2005**           **/s/ Dennis L. Beck**
3b142a                                  UNITED STATES MAGISTRATE JUDGE

1