1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA MARTINEZ, | ) 1:04cv6226 AWI DLB |
| | ) |
| | ) |
| Plaintiff, | ) ORDER GRANTING PLAINTIFF'S REQUEST |
| | ) TO DISMISS ACTION |
| v. | ) WITH PREJUDICE |
| | ) |
| JO ANNE B. BARNHART, Commissioner | ) (Document 22) |
| of Social Security, | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

On September 9, 2004, Plaintiff filed the present action for judicial review of the denial of Social Security benefits.

On November 29, 2005, the Court issued an order to show cause why the action should not be dismissed for Plaintiff's failure to file an opening brief.

Plaintiff filed a response on December 19, 2005, and requests that the action be dismissed with prejudice.

Accordingly, Plaintiff's request is GRANTED and the action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

**Dated:   December 21, 2005**          _____/s/ Anthony W. Ishii_____
0m8i78                                              UNITED STATES DISTRICT JUDGE